UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LETREESHA GAONA,<br><br>　　　　　　　　　　Defendant. | CASE NO. CR15-032-RSM<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Conspiracy to Commit Bank Fraud; Bank Fraud (7 counts); Aggravated Identity Theft (4 counts); Forfeiture Allegations

<u>Date of Detention Hearing</u>:    April 23, 2015.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　Defendant is charged by Indictment with the above-referenced charges, alleged to have occurred from June 2014 and November 2014 in King County, Washington.

DETENTION ORDER
PAGE - 1

2. Defendant does not have a stable residence. She has a lengthy criminal record, including numerous failures to appear, bench warrant activity, and failure to abide by conditions of supervision. She does not contest detention.

3. Defendant poses a risk of nonappearance due to residential instability, history of controlled substance use, history of noncompliance with supervision, history of failing to appear, outstanding warrants, and pending charges in other courts. She poses a risk of financial danger due to criminal history and the nature of the instant charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE - 2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of April, 2015.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3