UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VADIM PARYGIN and LETRESHA GAONA,<br><br>　　　　　Defendants. | CASE NO. CR15-032RSM<br><br>ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

THE COURT having considered the unopposed joint motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1.　　The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2.　　The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING UNOPPOSED JOINT
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE - 1
*United States v. Parygin /* CR15-032RSM

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1    IT IS THEREFORE ORDERED that Defendants' unopposed joint motion is GRANTED.  The trial date in this matter is continued from June 29, 2015 to October 26, 2015 at 9:00 a.m.  All pretrial motions, including motions in limine, shall be filed no later than August 30, 2015.

   IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of October 26, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

   DATED this 19th day of May, 2015.

   RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

Presented by:

*s/  Jesse G. Cantor*
Jesse G. Cantor
Attorney for Vadim Parygin

ORDER GRANTING UNOPPOSED JOINT
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE - 2
*United States v. Parygin /* CR15-032RSM

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100