Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LETREESHA GAONA,<br><br>　　　　Defendant. | No. CR15-32RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

The Appearance Bond executed September 28, 2015 is modified to place defendant on regular 9:00 p.m. curfew status effective immediately.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 30th day of August, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

　/s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1