The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LE'TREESHA GAONA,<br><br>Defendant. | NO. CR15-0032RAJ<br><br>**ORDER FOR RESTITUTION** |

On December 9, 2016, the Court dismissed charges against Defendant Le'Treesha Gaona in the above-captioned case pursuant to the defendant's successful completion of the Drug Reentry Alternative Model (DREAM) program.

Also on December 9, 2016, the defendant stipulated to the following, which the Court now incorporates into this Order for Restitution:

1. On August 20, 2015, the above-named defendant entered guilty pleas to counts 1, 5, and 14 of the indictment pursuant to a plea agreement authorizing post-plea/pre-adjudication to enable the defendant's participation in the Drug Reentry Alternative Model (DREAM) program.

2. Also on August 20, 2015, defendant agreed to pay restitution to the victims of her criminal conduct, with credit for any amounts already paid.

ORDER FOR RESTITUTION
GAONA/CR15-0032RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. In the defendant's plea agreement referenced above, the defendant agreed that restitution shall be due and payable immediately and paid as ordered by the Court. On February 12, 2016, the Court entered an amended order directing the defendant to pay restitution during her participation in the DREAM program, with any remaining balance due and payable at such time as defendant successfully completes the DREAM program or is terminated from the program.

4. The DREAM Executive Review Team, including the undersigned United States District Judge, has determined that defendant has successfully completed the DREAM program and therefore should receive the benefits specified in defendant's plea agreement.

5. The defendant agrees that, in accordance with the terms of defendant's plea agreement, the Court may issue an order requiring the continuing payment of the restitution obligation described above after the defendant's participation in the DREAM program is terminated and the pending criminal charge is dismissed.

6. The defendant agrees that she shall continue to make restitution payments through the clerk of the court in an amount of no less than $50 per month, with the minimum payment subject to revision by order of the Court depending upon the defendant's financial circumstances, until the restitution obligation is satisfied. The defendant is directed to make the payments to the *United States District Court, Western District of Washington,* referencing case No. CR15-0032RAJ, and deliver such payments either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

The victims entitled to restitution payments are listed in Exhibit A, with credit for any amounts already paid.

ORDER FOR RESTITUTION
GAONA/CR15-0032RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Compliance with this obligation shall be enforced as follows: (i) defendant shall report the payment of this restitution, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within no later than one week after the expiration of each 90 day period after the dismissal of criminal charges; (ii) defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within no later than one week after employment commences; (iii) defendant shall report change of address and phone numbers in writing to United States Probation and the U.S. Attorney's Office within no later than one week after change; (iv) if the U.S. Attorney's Office believes that defendant has failed to comply with defendant's obligation to pay restitution, it shall first advise defendant in writing, and provide defendant with the opportunity to cure or explain, in a writing addressed to the U.S. Attorney's Office, the alleged failure; (v) if the U.S. Attorney's Office, after reviewing defendant's response, continues to believe that defendant has failed to comply with defendant's obligation to pay restitution, it shall file with the Court an ex parte application seeking an order to show cause why defendant should not be held in contempt for failure to comply with the Court's order regarding payment of restitution. By executing this stipulation, defendant consents to this Court's retention of jurisdiction for the purposes specified above.

ORDER FOR RESTITUTION
*GAONA*/CR15-0032RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO ORDERED.

2

3  DATED this 9th day of December, 2016.

4

5

6  _____
   The Honorable Richard A. Jones
7  United States District Judge
   Western District of Washington
8  DREAM Judicial Officer

9

10

11

12 Submitted by:

13 /s/ Mark Parrent
14 MARK PARRENT
   Assistant United States Attorney
15 700 Stewart St., Suite 5220
16 Seattle, Washington 98101
   Phone: 206-553-4113
17 Email: mark.parrent2@usdoj.gov

18

...

28

ORDER FOR RESTITUTION
*GAONA*/CR15-0032RAJ - 4

**EXHIBIT A**

United States v. Le'Treesha Gaona
CR15-0032-RAJ

| | |
|---|---|
| American Express<br>888 South Figueroa Street, Suite 1770<br>Los Angeles, CA 90017 | $934.57 |
| Bank of America<br>Northwest Loss Recovery<br>WA1-501-17-20<br>800 5th Avenue Floor 17<br>Seattle, WA 98104-3176 | $17,730.29 |
| Banner Bank<br>Corporate Security<br>20021 120th Ave NE<br>PO Box 1589<br>Bothell, WA 98041 | $3,470.71 |
| Boeing Employee's Credit Union<br>MS: 1062-1 Security Risk<br>PO Box 97050<br>Seattle, WA 98124-9750 | $7,668.05 |
| Chase Bank<br>ATTN: Restitution<br>PO BOX 2003<br>ELGIN, IL 60121 | $3,600.00 |
| Citi Bank<br>Attention Legal Restitution Payments<br>(Sears Portfolio)<br>PO Box 6500<br>Sioux Falls, SD 57117 | $559.22 |
| Coastal Community Bank<br>PO Box 12220<br>Everett, WA 98206-2220 | $1,586.70 |
| Daggett, Edward | $190.09 |
| Dobrowloski, Tomasz | $42.94 |
| FIA Card Services<br>PO Box 15019<br>Wilmington, DE 19850-5019 | $3,800.66 |

ORDER FOR RESTITUTION
*GAONA*/CR15-0032RAJ - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|  |  |
|---|---|
| First Tech Credit Union<br>P.O. Box 2100<br>Beaverton, OR 97075 | $3,127.50 |
| Fred Meyer Jewelers, FM 989<br>Attention Loss Prevention<br>3800 SE 22nd AVE<br>Suite XYZ<br>Portland, OR 97202 | $6,498.90 |
| Gomez, Flor | $500.00 |
| Heritage Bank<br>201 5th Ave SW<br>Olympia WA 98501 | $10,119.23 |
| Hoehne, Jeff | $61.00 |
| Moser, Stan & Gerri | $35.00 |
| Nordstrom Bank<br>8502 East Princess Drive<br>Suite 150<br>Scottsdale, AZ 85255 | $4,435.78 |
| OPUS Bank<br>1990 MacArthur Blvd. Suite 190<br>Irvine, CA 92612 | $1,000.52 |
| Partner's Federal Credit Union<br>2411 West Olive Avenue<br>Burbank, CA 91506 | $19,100.42 |
| Roby, Ismini | $481.25 |
| Siebert, Ryan | $41.50 |
| Synchrony Bank<br>Attention: Legal Restitution Payments<br>PO Box 8726<br>Dayton, OH 45401 | $4,364.76 |
| US Bank<br>Corporate Security<br>Recovery & Restitution<br>P.O. Box 650<br>Milwaukee, WI 53278 | $10,657.20 |

ORDER FOR RESTITUTION
*GAONA*/CR15-0032RAJ - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970